Charles D. Schmerler (CS0953)
Judith A. Archer (JA4446)
Nicholas I. Leitzes (NL1756)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103
(212) 318-3000
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GVEC RESOURCE, INC. and PRIVATE EQUITY
MANAGEMENT GROUP, INC.,

                Plaintiffs,

      - against -

STRATEGY INTERNATIONAL INSURANCE GROUP,
INC., STRATEGY INVESTMENTS, LLC,
STRATEGY RESORT FINANCING, INC.,
JOHN HAMILTON and MICHAEL KELLY,

                Defendants.
------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8\10\06
```

06 CV 5199 (DLC)

**ORDER OF
PRELIMINARY
INJUNCTION**

WHEREAS, by motion dated July 10, 2006, plaintiffs submitted to the Court an application for an Order entering a Temporary Restraining Order and Preliminary Injunction (the "Motion"); and

WHEREAS, the Court entered an Order to Show Cause And Temporary Restraining Order, dated July 11, 2006; and

WHEREAS, the Court entered a Stipulation and Order Of Preliminary Injunction, dated July 31, 2006 (the "Stipulation and Order"); and

WHEREAS, the parties hereto desire to resolve the issues set forth on the Motion; and

WHEREAS, the parties agree that for the purposes of this Order of Preliminary Injunction only, plaintiffs have established that (i) they are likely to succeed on the merits of their claims for relief; (ii) they will suffer imminent and irreparable harm in the absence of preliminary injunctive relief; and (iii) the balance of hardships weighs in their favor;

NOW THEREFORE, IT IS HEREBY

ORDERED that Defendants Strategy International Insurance Group, Inc. ("SIIG"), Strategy Investments, LLC ("SILLC") and Strategy Resort Financing, Inc. (collectively, "Defendants"), and to the extent necessary, each of their affiliates, and all of the officers, directors, managers, employees, servants and agents of any of the foregoing, including all persons and entities acting in concert or participation with any of them, shall take all such steps, including without limitation the execution and delivery of all documents, agreements, consents and amendments as may be necessary, to transfer to the control of plaintiff GVECR within five (5) business days of the date of this Order of Preliminary Injunction ownership and control of the Member Interest, as that term is defined in the Stipulation and Order; and it is further

ORDERED that GVECR shall have the right to transfer or register the Member Interest into its or its nominee's name, and defendants and each of their affiliates, and all of the officers, directors, managers, employees, servants and agents of any of the foregoing, including all persons and entities acting in consent or participation with any of them, shall cooperate with GVECR in effecting such transfer or registration.

Dated: August 10, 2006

SO ORDERED:

_____
United States District Judge

31171649.2

2